AB:LM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | C O M P L A I N T |
| - against - | 23-MJ-146 |
| ROBERT HOMER | (18 U.S.C. § 922(g)(1)) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

KURT MAIER, being duly sworn, deposes and states that he is a Detective with the New York City Police Department ("NYPD"), duly appointed according to law and acting as such.

On or about February 14, 2023, within the Eastern District of New York and elsewhere, the defendant ROBERT HOMER, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm, to wit, one .45mm Glock semiautomatic pistol and ammunition.

(Title 18, United States Code, Section 922(g)(1))

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

1.  I am a Detective with the NYPD and have been a member of the NYPD for nineteen years. I have been involved in the investigation of numerous cases involving the recovery of firearms and ammunition. I am familiar with the facts and circumstances set forth below from personal knowledge; my review of documents, records and reports, including the defendant's criminal history record; and reports of other law enforcement officers involved in the investigation. Unless specifically indicated, all conversations and statements described in this affidavit are related in sum and substance and in part only.

2.  On or about February 14, 2023, an NYPD officer was monitoring live NYPD Argus public surveillance footage from the 113 NYPD Precinct located in Queens, New York. At approximately 2:30a.m., this same officer identified on the live surveillance footage an individual with a black jacket and hoodie inside a 2006 Honda Odyssey holding a gun. The officer immediately informed NYPD officers from the 113 Precinct and continued monitoring the surveillance footage.

3.  NYPD Officers responded to the scene and found the defendant, wearing a black jacket and hoodie, inside of a 2006 Honda Odyssey and confirmed with the officer who was watching the live surveillance footage that this was the same individual who the officer had observed holding a gun.

4.  The defendant was placed under arrest. On a search incident to arrest, law enforcement officers found .45mm Glock semiautomatic pistol, serial number DHV449, in the defendant's pocket. The defendant was also in possession of ammunition

5.  I have reviewed HOMER's criminal history, which revealed that on or about September 13, 2016, HOMER was convicted of Sex Trafficking: Force Person Into Prostitution By Instilling Fear, in violation of New York Penal Law Section 230.34(5), a class B felony, and sentenced on October 25, 2016, to a term of imprisonment of 30 months to 90 months. HOMER was also convicted on September 13, 2016, for Promoting Prostitution in the Third Degree, in violation of New York Penal Law Section 230.25(1), a class D felony, and sentenced on October 25, 2016, to a term of 1 to 3 years' imprisonment. HOMER was released on March 8, 2022

6.  I have conferred with an interstate nexus expert, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, who has informed me, in substance and in part, that the recovered firearm and ammunition were manufactured outside the state of New York.

WHEREFORE, your deponent respectfully requests that the defendant ROBERT HOMER be dealt with according to law.

*Kurt Maier*

Kurt Maier
Detective
New York City Police Department

Sworn to before me via telephone on this
14th day of February, 2023

███████████████████

/THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK